IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Oxymed, Inc., et al.,

    Plaintiff(s),

vs.

Lincare, Inc.,

    Defendant(s).

Case Number: 1:17cv349

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on August 31, 2018 (Doc. 38), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 14, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff/counterclaim-defendant Richard Wren's motion to dismiss Count III of Lincare's amended counterclaim (Doc. 31) is DENIED.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court