# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| OXYMED, INC., et al., | : | Case No. 1:17-cv-00349 |
| | : | Judge Susan J. Dlott |
| Plaintiffs | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| v. | : | **ORDER GRANTING DEFENDANT'S** |
| | : | **MOTION TO FILE DEPOSITION** |
| LINCARE, INC., | : | **TRANSCRIPTS UNDER SEAL** |
| | : | |
| Defendant. | : | |

This matter is before the Court on the Motion of Defendant Lincare, Inc. ("Lincare") to file under seal the deposition transcripts and exhibits of Ron Ferguson, Greg Horton, Peter Mosby, Esther Tinklenberg, and Richard Wren, and the Rule 30(b)(6) deposition transcripts and exhibits of Lincare and Defendant Oxymed, Inc. (the "Transcripts"). The Court finds that filing the Transcripts under seal is justified and necessary to maintain the parties' interest in their confidential and sensitive financial information. The Court also finds that sealing these documents will not interfere with the public's ability to understand the conduct at issue or assess the merits of this Court's decisions. Moreover, the exhibits include personal health care information that is protected from disclosure under HIPAA.

For good cause shown, and based on the record and applicable law, the Motion is GRANTED. The clerk is ordered to maintain under seal the Transcripts. Those documents will be available to the Court and its personnel, but not available to the public.

IT IS SO ORDERED this _12_ day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE