# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| OXYMED, INC., et al., | Case No. 1:17-cv-00349 |
| Plaintiffs | Judge Susan J. Dlott |
| | Magistrate Judge Karen L. Litkovitz |
| v. | |
| LINCARE, INC., | **ORDER GRANTING PARTIES' MOTIONS TO FILE MOTIONS FOR SUMMARY JUDGMENT AND PROPOSED UNDISPUTED FACTS UNDER SEAL** |
| Defendant. | |

This matter is before the Court on plaintiffs Oxymed, Inc., Richard Wren, Ronald Ferguson, Gerald Fitzgerald, Kip Ferguson and Greg Horton's motion for leave to file motion for summary judgment and proposed undisputed facts under seal (Doc. 61) and defendant Lincare, Inc.'s ("Lincare") motion to file its motion for summary judgment and its proposed undisputed facts under seal (Doc. 62).

The Court finds that sealing of the parties' motions for summary judgment and proposed undisputed facts is justified and necessary and will not interfere with the public's ability to understand the conduct at issue or assess the merits of this Court's decision.

For good cause shown and based on the record and applicable law, the motions are **GRANTED**.

The parties are **DIRECTED** to electronically file on the docket of the Court the redacted versions of these documents, which shall reflect redacted information on liquidated damages, purchase price, patient numbers, and patient identification.

The parties are **DIRECTED** to file the unredacted documents under seal. The original documents shall be retained under seal until further order of the Court. The sealed documents

will be available to the Court and its personnel, but not available to the public.

**IT IS SO ORDERED** this 27 day of February, 2019.

Karen L. Litkovitz,
United States Magistrate Judge