# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO WESTERN DIVISION

| | |
|---|---|
| OXYMED, INC., et al., | Case No. 1:17-cv-00349 |
| Plaintiffs | Judge Susan J. Dlott |
| | Magistrate Judge Karen L. Litkovitz |
| v. | |
| LINCARE, INC., | **ORDER GRANTING DEFENDANT'S MOTION TO FILE RESPONSE TO PLAINTIFFS' SUMMARY JUDGMENT MOTION AND PROPOSED UNDISPUTED FACTS UNDER SEAL** |
| Defendant | |

This matter is before the Court on defendant Lincare, Inc.'s motion to file its response to plaintiffs' motion for summary judgment and its proposed undisputed facts under seal (Doc. 71).

The Court finds that sealing of the defendant's response and proposed undisputed facts is justified and necessary and will not interfere with the public's ability to understand the conduct at issue or assess the merits of this Court's decision.

For good cause shown and based on the record and applicable law, the motion is **GRANTED.**

Defendant is **DIRECTED** to electronically file on the docket of the Court the redacted versions of these documents, which shall reflect redacted information on liquidated damages, purchase price, patient numbers, and patient identification.

Defendant is **DIRECTED** to file the unredacted documents under seal. The original documents shall be retained under seal until further order of the Court. The sealed

documents will be available to the Court and its personnel, but not available to the public.

**IT IS SO ORDERED.**

Date: 3/29/18

Karen L. Litkovitz
United States Magistrate Judge