UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| OXYMED, INC., et al. | : | CASE NO. 17-CV-349 |
| Plaintiffs | : | (Judge Susan J. Dlott) |
| vs. | : | (Magistrate Judge Karen L. Litkovitz) |
| LINCARE, INC. | : | **ORDER GRANTING PLAINTIFFS' MOTION TO FILE REPLY TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' SUMMARY JUDGMENT MOTION UNDER SEAL** |
| Defendant | : | |

This matter is before the Court on plaintiffs' motion to file its reply to defendant's memorandum in opposition to plaintiffs' motion for summary judgment under seal.

The Court finds that sealing of plaintiffs' reply to defendant's memorandum in opposition to plaintiffs' motion for summary judgment is justified and necessary and will not interfere with the public's ability to understand the conduct at issue or assess the merits of this Court's decision.

For good cause shown and based on the record and applicable law, the motion is **GRANTED.**

Plaintiffs are **DIRECTED** to electronically file on the docket of the Court the redacted versions of these documents, which shall reflect redacted information on liquidated damages, purchase price, patient numbers and patient identification.

Plaintiffs are **DIRECTED** to file the unredacted documents under seal. The original documents shall be retained under seal until further order of the Court. The sealed documents will be available to the Court and its personnel, but not available to the public.

**IT IS SO ORDERED.**

Date: 4/11/19

Karen L. Litkovitz
United States Magistrate Judge

2750644.1