## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| OXYMED, INC., et al., | Case No. 1:17-cv-00349 |
| Plaintiffs | Judge Susan J. Dlott |
| v. | Magistrate Judge Karen L. Litkovitz |
| LINCARE, INC., | **ORDER GRANTING DEFENDANT'S MOTION TO FILE ITS REPLY IN SUPPORT OF ITS MOTON FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL** |
| Defendant | |

This matter is before the Court on defendant Lincare, Inc.'s motion to file its reply in support of its motion for partial summary judgment under seal. (Doc. 80).

The Court finds that sealing of defendant's reply in support of its motion for partial summary judgment is justified and necessary and will not interfere with the public's ability to understand the conduct at issue or assess the merits of this Court's decision.

For good cause shown and based on the record and applicable law, the motion is **GRANTED.**

Defendant is **DIRECTED** to electronically file on the docket of the Court the redacted version of the document, which shall reflect redacted information on liquidated damages, purchase price, patient numbers, and patient identification.

Defendant is **DIRECTED** to file the unredacted document under seal. The original document shall be retained under seal until further order of the Court. The sealed

document will be available to the Court and its personnel, but not available to the public.

**IT IS SO ORDERED.**

Date: <u>April 12, 2019</u>　　　　　　　　　　　<u>s/ Karen L. Litkovitz</u>
　　　　　　　　　　　　　　　　　　　　　　　Karen L. Litkovitz
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge